E-FILED on   11/10/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN JOHNSON,<br><br>   Petitioner,<br><br>   v.<br><br>JAMES A. YATES, Warden of Pleasant Valley State Prison,<br><br>   Respondent. | No. C-07-03522 RMW<br><br>ORDER GRANTING MOTION TO DISMISS<br><br>[Re Docket No. 6] |

   Good cause appearing therefor, the court grants petitioner's motion to dismiss his petition for writ of habeas corpus.  The clerk shall close the file.


DATED:    11/7/09                                    /s/ Ronald M. Whyte
                                                                         RONALD M. WHYTE
                                                                         United States District Judge

ORDER GRANTING MOTION TO DISMISS No. C-07-03522 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Petitioner:**
Lawrence A. Gibbs          gibbslaw@covad.net

**Counsel for Respondent:**
No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program

**Dated:**   11/10/09                              CCL
                                        **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO DISMISS No. C-07-03522 RMW
JAS                                                2