**E-FILED on** 11/17/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN JOHNSON,<br><br>      Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden of Pleasant Valley State Prison,<br><br>      Respondent. | No. C-07-03522 RMW<br><br>JUDGMENT |

On November 7, 2009, the court dismissed this action without prejudice. THEREFORE,

IT IS HEREBY ADJUDGED that petitioner take nothing by way of his petition and that judgment be entered in favor of respondent.

DATED: 11/13/09

          /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

JUDGMENT No. C-07-03522 RMW
CCL

| | |
|---|---|
| 1 | **Notice of this document has been electronically sent to:** |
| 2 | |
| | **Counsel for Petitioner:** |
| 3 | Lawrence A. Gibbs          gibbslaw@covad.net |
| 4 | |
| | **Counsel for Respondent:** |
| 5 | No appearance |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program

**Dated:**      11/17/09                              CCL
                                        **Chambers of Judge Whyte**